United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

Case No. 17-20489

v.

D-18   Robin Herndon                   Hon. Terrence G. Berg

### ORDER ALLOWING ROBIN HERNDON TO TRAVEL

The Court has read and considered the Stipulation to Allow Travel for Defendant Robin Herndon, and finding that good cause has been shown, hereby orders that Robin Herndon shall be able to travel to Atlanta, Georgia. He is allowed to leave as of January 28, 2022, and must return by February 10, 2022. He must provide documentation of his travel and lodging in Georgia prior to departure and check in with his Pretrial Services Officer upon his return.

**IT IS SO ORDERED.**

/s/Terrence G. Berg_____
Honorable Terrance G. Berg
United States District Court Judge

Entered: January 28, 2022

[proposed] Order
1