United States District Court
Eastern District of Michigan

United States of America,

    Plaintiff,

                                                  Case No. 17-20489

v.

D-18   Robin Herndon                  Hon. Terrence G. Berg

### ORDER ALLOWING ROBIN HERNDON TO TRAVEL

The Court has read and considered the STIPULATION TO MODIFY RELEASE GUIDELINES RE: TRAVEL TO ALLOW ROBIN HERNDON TO TRAVEL OVERNIGHT FOR WORK, for Defendant Robin Herndon, and finding that good cause has been shown, hereby orders that Robin Herndon release conditions shall be modified to allow Mr. Herndon to travel overnight for work. Mr. Herndon must provide documentation of his travel and lodging prior to departure and check in with his Pretrial Services Officer upon his return.

    **IT IS SO ORDERED.**

                                                /s/Terrence G. Berg_____
                                                Honorable Terrance G. Berg
                                                United States District Court Judge

Entered: April 21, 2022